IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE SCOTT, JR.**  **PLAINTIFF**
**#9501-13**

v.  NO. 4:14-CV-00412 JLH/BD

**TALLY, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Scott's claims regarding the failure of the defendants to process his grievances; the defendants' interference with his access to the courts; and the cefendants' failure to conduct an internal investigation are DISMISSED, without prejudice. In addition, Scott's claims against the defendants in their official capacities are DISMISSED, without prejudice; and his claims against defendants Tally, Newburn, Eckman, Jenkins, Brawley, Warner, and Best are DISMISSED, without prejudice.

IT IS SO ORDERED this 8th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE