**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EDDIE SCOTT, JR.**                                                                                                    **PLAINTIFF**

V.                                    NO. 4:14CV00412-JLH-BD

**TALLY**, *et al.*                                                                                                          **DEFENDANTS**

## ORDER

Summonses to Defendants Deputy Allen and Major Parson, in care of the Pulaski County Detention Center, have been returned to the court unexecuted with notations that the Detention Center is unable to identify these individuals with only the last names provided. (Docket entries #14, #15)

It is Mr. Scott's responsibility to provide the Court and the U.S. Marshal Service with proper service addresses for Defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). Thus, the Court will give Mr. Scott until December 15, 2014 to use the discovery process set forth in Fed. R. Civ. P. 33 (by serving Interrogatories on the Defendants or otherwise) to ascertain these defendants' full names and valid service addresses, and to file a "Motion for Service," requesting that service be again attempted upon Defendants Allen and Parson. Mr. Scott is warned that the failure to timely and properly comply with this Order will result in the dismissal of claims against Defendants Allen and Parson, without prejudice. See Fed. R. Civ. P. 4(m).

Mr. Scott is further warned not to file discovery requests or discovery responses with the Court unless they are necessary to support a motion or response to a motion, or to comply with a court order.  See Fed. R. Civ. P. 5(d).

IT IS SO ORDERED, this 10th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE