IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDDIE SCOTT, JR.
#9501-13                                                                                              PLAINTIFF

V.                         CASE NO. 4:14-CV-00412 JLH/BD

TALLY, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere. After carefully reviewing the recommendation and Scott's objections, and after reviewing the record *de novo*, the Court concludes that the Partial Recommended Disposition should be adopted as this Court's findings in all respects.

Scott's claims against Defendant Long are DISMISSED, without prejudice.

IT IS SO ORDERED, this 13th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE