**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EDDIE SCOTT, JR.                                                                                PLAINTIFF

v.                               NO. 4:14CV00412 JLH/BD

TALLY, et al.                                                                                       DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Scott's federal claims are DISMISSED, with prejudice. His state tort claims are dismissed, without prejudice.

IT IS SO ORDERED this 17th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE