**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

EDDIE SCOTT, JR.                                                                                          PLAINTIFF

v.                                          NO. 4:14CV00412 JLH/BD

TALLY, et al.                                                                                               DEFENDANTS

**JUDGMENT**

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 17th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE